**VIVIAN ALMA BELL v. ROBERT DEWEY BELL**

29 So. (2nd) 757                                    January Term, 1947
March 28, 1947                                    Special Division A

*Thomas J. Collins,* for plaintiff.

No appearance for defendant.

PER CURIAM:

This is a certificate under Rule 38 of the Rules of this Court, but on examination of the record, we think the question presented is not contemplated by that rule. The certificate is accordingly denied on authority of Schwob Clothing Company of Florida v. Florida Industrial Commission, 152 Fla. 203, 11 So. 2d. 782.

THOMAS, C.J., TERRELL and CHAPMAN, JJ. and MILLARD B. SMITH, Associate Justice, concur.